UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALCON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RHOADS, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0366 JAM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty days extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.[1]

Dated: April 13, 2020

　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

alco0366.36

---

[1] If additional time is required to prepare and file the amended complaint, plaintiff may request another extension of time.