UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALCON,<br><br>           Plaintiff,<br><br>    v.<br><br>RHOADS, et al.,<br><br>           Defendants. | No. 2: 20-cv-0366 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Records from the California Department of Corrections and Rehabilitation ("CDCR") indicate that plaintiff is no longer incarcerated. Plaintiff has not filed a notice of change of address informing the court of his new address.

It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a notice of change of address as required by Local Rule 183(b).

Dated: October 6, 2020

Alcon366.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE