UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALCON,<br><br>    Plaintiff,<br><br>    v.<br><br>RHOADS, et al.,<br><br>    Defendants. | No. 2: 20-cv-0366 JAM KJN P<br><br>ORDER |

On October 6, 2020, the undersigned ordered plaintiff to show cause why this action should not be dismissed for his failure to file a notice of change of address as required by Local Rule 183(b). (ECF No. 22.) On October 7, 2020, plaintiff filed a notice of change of address. (ECF No. 23.)

Good cause appearing, IT IS HEREBY ORDERED that the October 6, 2020 order to show cause is discharged.

Dated: October 20, 2020

Alcon366.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1